ACCEPTED
01-14-00260-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/8/2015 3:51:05 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00260-CR**

**IN THE COURT OF APPEALS**

**FOR THE**

**FIRST JUDICIAL DISTRICT OF TEXAS**

**AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/8/2015 3:51:05 PM
CHRISTOPHER A. PRINE
Clerk

**ARTHUR ALEXANDER OFFICE, APPELLANT**

**v.**

**THE STATE OF TEXAS, APPELLEE**

**STATE'S MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney, and moves this Court to grant an extension of time for the State to file its brief in the above styled and numbered cause. In support thereof, the State would show the following:

1. The Final Clerk's Record was filed in this case on April 28, 2014.

2. The Reporter's Record was filed in this case on July 11, 2014.

3. The State's brief is due on January 5, 2015.

4. The State would respectfully request an extension of time to file its appellate brief.

5. This is the State's first request for extension of time in this case.

6. The undersigned is one of three attorneys responsible for all appellate matters for the Fort Bend County District Attorney's Office and is involved in the preparation of other direct appeal briefs or post-conviction writs.

7. A realistic time that the State believes it could have its appellate brief

filed in the present case is April 5, 2015.

8.   Therefore, the State would request an extension of time until April 5, 2015, to file its appellate brief.  If there is any way to complete the State's brief before that date, the State will forward its brief to the Court as soon as it is completed.

9.   This extension is not sought for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, the State prays that this Honorable Court grant this motion and extend the deadline for filing the State's brief in this case to April 5, 2015.

Respectfully submitted,

/s/ John J. Harrity, III
JOHN J. HARRITY, III
ASST. DISTRICT ATTORNEY
Fort Bend County, Texas
State Bar Number 09133100
301 Jackson Street, Room 101
Richmond, Texas 77469
Phone: (281) 341-4460
Fax: (281) 238-3340
John.Harrity@fortbendcountytx.gov

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing instrument has been sent to Appellant's attorney of record, Kristen Jernigan, 207 S. Austin Ave., Georgetown, Texas 78626 or at Kristen@txcrimapp.com on the date of the filing of the original with the Clerk of this Court.

<u>/s/John Harrity</u>

John Harrity

<u>Certificate of Compliance with Texas Rule of Appellate Procedure 9.4(i)(3)</u>

In accordance with Texas Rule of Appellate Procedure 9.4(i)(3), I, John Harrity, hereby certify that the foregoing electronically created document has been reviewed by the word count function of the creating computer program, and has been found to be in compliance with the requisite word count requirement in that its word count with regard to those portions of the brief subject to the word count requirement is 473  words.

<u>/s/John Harrity</u>

John Harrity